FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYANNA AVERETT,<br><br>    Plaintiff,<br><br>  -vs-<br><br>KADLEC REGIONAL MEDICAL CENTER,<br><br>    Defendant. | No.   4:23-CV-5082-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Pending before the Court is the parties' Stipulated Motion to Dismiss. ECF No. 56. **IT IS HEREBY ORDERED:**

  1.    The parties' Stipulated Motion to Dismiss, **ECF No. 56,** is **GRANTED**.

  2.    All claims are **DISMISSED with prejudice** without an award of fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** this file.

DATED April 16, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1